AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA

V.

MICHAEL PINA
26 SYCAMORE STREET
1ST FLOOR SOUTH
NEW BEDFORD, MA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1796-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  April 1, 6, and 27, 2004  in  Bristol  county, in the  District of  Massachusetts  defendant(s) did, (Track Statutory Language of Offense) manufacture, distribute, and dispense, and possess with Intent to manufacture, distribute, and dispense a controlled substance, to wit: a quantity of crack cocaine

in violation of Title  21  United States Code, Section(s)  841(a)(1)

I further state that I am a(n)  Special Agent, ATF  and that this complaint is based on the following
Official Title

facts:

See attached affidavit of ATF Special Agent Brendan Hickey

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

6-22-04  at  Boston, MA
Date                               City and State

CHARLES B. SWARTWOOD III
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                  Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.