UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                            )
        v.               )   Case No.  04-1796-CBS
                            )
MICHAEL PINA             )

### GOVERNMENT'S MOTION TO SEAL

The United States hereby respectfully moves the Court to seal the complaint, supporting affidavit, arrest warrant, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of the Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case and related cases.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

By:   _____
                                DONALD L. CABELL
                                Assistant U.S. Attorney
                                (617)748-3105

Dated: June 22, 2004

6-22-04
allowed